JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **JAMES E. LUCAS,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**COUNTY OF RIVERSIDE, ET AL.,**<br><br>                                    Defendants. | CV 06-00731-SGL (OPx)<br><br>**JUDGMENT**<br>Courtroom:   1<br>Judge:          The Honorable<br>                    Stephen G.<br>                    Larson |

## JUDGMENT

Defendants' motion for judgment as a matter of law and Plaintiff's motion for summary judgment came on for hearing before this Court on February 11, 2008. Deputy Attorney General Paul J. Coony appeared for all Defendants, and attorney Caree Annette Harper appeared for Plaintiff. The Court having construed Defendants' motion as a motion for summary judgment, and having heard oral argument, granted Defendants' motion over Plaintiff's objection, and denied Plaintiff's motion for summary judgment. The Court orders entry of judgment, pursuant to its order of February 11, 2008 (Document 81).

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment shall be entered in favor of Defendants Michelle Burkholder, Mark Shepherd, Marilyn Ouye, Leavouia Donaldson, Barbara Mata, and Mike E. Poulos, and against Plaintiff James E. Lucas, who shall take nothing by way of this action.

DATED: February 19, 2008

*/s/ S.G. Larson*

**HONORABLE STEPHEN G. LARSON**
**UNITED STATES DISTRICT JUDGE**

1

The foregoing Proposed Judgment is submitted in good faith, and in compliance with Local Rule 11. Plaintiff's counsel required that the e-mail messages which comprise Exhibit 1 to the Proposed Judgment be attached to the Judgment, as a condition of consent to the Proposed Judgment.

Dated:   February 14, 2008

                      Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
RENE L. LUCARIC
Supervising Deputy Attorney General


/s/Paul J. Coony
PAUL J. COONY
Deputy Attorney General
Attorneys for Defendants

James Lucas v. County of Riverside_[Proposed] Judgment_2-15-08.wpd
SD2006701622